UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REGIONS BANK f/k/a UNION PLANTERS BANK, NATIONAL ASSOCIATION, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| VON RECHENDORFF & TAYLOR, INC., a California corporation, NILS VON RECHENDORFF, STEPHAN P. PINTO, WILLIAM D. TAYLOR, PAMELA TAYLOR, JIM ALLEN MAINTENANCE, INC., INDIANA STATEWIDE CERTIFIED DEVELOPMENT CORPORATION and U.S. SMALL BUSINESS ADMINISTRATION, Defendants. | ) ) ) ) ) ) ) |
| WILLIAM D. TAYLOR AND PAMELA TAYLOR, Cross-Claim Plaintiffs, | ) ) ) |
| v. | ) ) |
| VON RECHENDORFF & TAYLOR, INC., and NILS VON RECHENDORFF, Cross-Claim Defendants. | ) ) ) ) |
| WILLIAM D. TAYLOR and PAMELA TAYLOR, Third Party Plaintiffs, | ) ) ) Cause No. 1:04-cv-1964-SEB/VSS |
| v. | ) ) |
| ALLIED FINANCIAL SERVICES, INC., Third Party Defendant. | ) ) ) |
| UNITED STATES OF AMERICA, Cross/Counter Plaintiff, | ) ) ) |
| v. | ) ) |
| REGIONS BANK f/k/a UNION PLANTERS BANK, NATIONAL ASSOCIATION, Counter-Defendant, | ) ) ) ) |
| v. | ) ) |
| VON RECHENDORFF & TAYLOR, INC., a California Corporation, NILS VON RECHENDORFF and JIM ALLEN MAINTENANCE, INC., Cross-Defendants. | ) ) ) |

## ADOPTION OF MEMORANDUM OF DECISION

The Magistrate Judge submitted her Report and Recommendation and proposed Memorandum of Decision which reads as follows:

(H. I.)

and counsel was afforded due opportunity pursuant to statute and the rules of this Court to file objections thereto.  The Court, having considered the Magistrate Judge's Report and any objections thereto, and being duly advised, approves and adopts the Magistrate Judge's Report and Recommendation and Memorandum of Decision as that of the Court.

SO ORDERED:   04/25/2005

                          _____
                          SARAH EVANS BARKER, JUDGE
                          United States District Court
                          Southern District of Indiana

Copy to:

Sue Hendricks Bailey
UNITED STATES ATTORNEY'S OFFICE
sue.bailey@usdoj.gov

David R. Hamer
BAKER & DANIELS
dave.hamer@bakerd.com

Michael John Langlois
SHOUSE & LANGLOIS
mlanglois@ameritech.net